AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>FERNANDO ARROYO-ALONSO<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:21-MJ-00422<br>)<br>)<br>) |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAY 14 PM 2:32

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  9-6-2018, 5-28-2019, and 6-5-2019  in the county of      Hamilton      in the
   Southern    District of      Ohio     , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 USC 408(a)(7)(B) | False Representation of Social Security Number |

This criminal complaint is based on these facts:
See attached affdavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Frederick Reier
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5/14/21

_____
*Judge's signature*

City and state:         Cincinnati, Ohio            Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**FERNANDO ARROYO-ALONSO** | Case No. 1:21-MJ-00422 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Frederick Reier, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under the Federal Rules of Criminal Procedure for a warrant to arrest the person referred to herein as **Fernando Arroyo-Alonso (self-identified)** with date of birth xx/xx/1962. A photograph is below. The person in the photograph's true identity has not been independently verified.



2. I have been a Special Agent with the Social Security Administration/Office of the Inspector General (SSA/OIG) since March of 2019. Prior to that, I served as a Special Agent with the United States Secret Service since May of 2016. As a Special Agent for the SSA/OIG, it

is my duty to investigate and help prevent fraud, waste, and abuse against the Social Security Administration and all of its programs.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE TO BELIEVE A CRIME WAS COMMITTED

4. There is probable cause to believe that **Fernando Arroyo-Alonso** violated 42 USC 408(a)(7)(B) [1] in that he represented the social security number of Victim 1, xxx-xx-5678, as his own in an attempt to obtain Social Security benefits and identification documents.

---

[1] The statute states, in relevant part:

*Whoever…with intent to deceive, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person….*

*Shall be fined under Title 18 or imprisoned not more than five years, or both . . . .*

2

5.      Victim 1, xxx-xx-5678, is a disabled veteran who receives Title XVI Supplemental Security Income (SSI) and Veterans Affairs benefits. He has received Social Security benefits since 2007.

6.      On May 28, 2019, **Fernando Arroyo-Alonso** submitted an online application for Title XVI SSI to the Social Security Administration. On the application, he identified himself as Victim 1 with the social security number xxx-xx-5678.

7.      On June 05, 2019, **Fernando Arroyo-Alonso** provided the Social Security Administration with a birth certificate and social security card which included Victim 1's name, date of birth, and social security number xxx-xx-5678. He also provided an Ohio Driver's license with the Victim 1's name and date of birth with license number RV156158. On this same date, **Fernando Arroyo-Alonso** signed an SSA-795 Form stating that he is in fact Victim 1 with social security number xxx-xx-5678.

8.      On January 29, 2020, United States Secret Service (USSS) Resident Agent In Charge Brian Gibson interviewed Victim 1. Victim 1 stated that he did not provide the person in Ohio, referring to **Fernando Arroyo-Alonso,** with permission to use his identity. Victim 1 also provided the SSA with school records, VA benefits identification, birth certificate, and a driver's license from his home state, which is not Ohio. Victim 1 also provided a relative to further verify his identity.

9.      On April 20, 2021, USSS Special Agent Aaron Mcrorie and I interviewed **Fernando Arroyo-Alonso.** He first identified himself to me as Victim 1 and provided Victim 1's social security number as his own. Later in the interview, **Fernando Arroyo-Alonso** admitted that he was not Victim 1 and that he had used Victim 1's identity while attempting to

3

obtain social security benefits. He stated that his actual name was **Fernando Arroyo-Alonso** with date of birth xx/xx/62 and that he is a Mexican national. **Fernando Arroyo-Alonso** further admitted that he had also obtained criminal records under Victim 1's identity.

10. I reviewed Ohio Bureau of Motor Vehicle (BMV) records under the name of Victim 1 with social security number xx-xxx-5678. The records show a photo of **Fernando Arroyo-Alonso**, the same person that I interviewed on April 20, 2021, on Ohio driver's license number RV156158. Ohio BMV records revealed that on September 06, 2018, **Fernando Arroyo-Alonso** applied for an Ohio drivers' license under the social security number and identity of Victim 1. On that same date, **Fernando Arroyo-Alonso** also provided a previously obtained Ohio driver's license, a social security card, and a birth certificate with Victim 1's identifiers.

## **CONCLUSION**

I respectfully submit that this affidavit supports probable cause that **Fernando Arroyo-Alonso** violated 42 USC 408(a)(7)(B) on September 06, 2018, May 28, 2019, and June 05, 2019 in that on these occasions he represented the social security number of Victim 1 as his own.

_____
Special Agent Frederick Reier
Social Security / Office of Inspector General

Subscribed and sworn to before me on May 14, 2021

_____
HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

5